# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144055(74)(76)

DEVON SCOTT BAILEY,
      Plaintiff-Appellee/
      Cross-Appellant,

v

STEVEN GEROME SCHAAF,
      Defendant,
and

T.J. REALTY, INC., d/b/a HI-TECH
PROTECTION, TIMOTHY JOHNSON,
CAPTAIN WILLIAM BOYD BAKER,
CHRISTOPHER LEE CAMPBELL,
      Defendants-Appellees,
and

EVERGREEN REGENCY TOWNHOMES,
LTD., and RADNEY MANAGEMENT &
INVESTMENTS,
      Defendants-Appellants/
      Cross-Appellees.
_____

SC: 144055
COA: 295801
Genesee CC: 07-087454-NO

      On order of the Chief Justice, motions by defendants-appellants and by plaintiff-appellee for extension of the time for filing their briefs are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk